

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2741
Fax: (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RAED AL ABUGE (A# 72 455 311),

    Petitioner,

  -vs.-

JOHN ASHCROFT, Attorney General of the
United States,

    Respondent.
-------------------------------------------------------- x

7357
03 Civ. ~~1588~~ (LTS)

STIPULATION AND
ORDER OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, as follows:

  1. All of Petitioner's claims against the Government herein are dismissed with prejudice and without costs or attorney's fees to any party; and

  2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
October 11, 2007

                FREEMAN NOOTER & GINSBERG
                Attorneys for Petitioner

By: _____
    THOMAS H. NOOTER, Esq.
    30 Vesey Street, Suite 300
    New York, NY 10007
    Telephone: (212) 608-0808

Dated: New York, New York
October 11, 2007

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Respondent

By: _____
    ANDREW M. McNEELA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2741

SO ORDERED:

_____ 10/17/07
LAURA TAYLOR SWAIN
United States District Judge

2